# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

November 14, 2019

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____ 11-15-19

Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl St
New York, NY 10007

Re:    **Bonilla Galindo, et al. v. E & E Food Corp. (d/b/a Zeytin Mediterranean)**
       **No. 19-cv-8459 (JGK)**

Dear Judge Koeltl:

This office represents Plaintiffs in the above-referenced matter. We write to request that the Court adjourn the initial conference currently scheduled for November 18, 2019, as the parties are contemplating a stipulation to dismiss this action without prejudice so that Plaintiffs may re-file in state court. We request that the Court adjourn the initial conference pending the parties' discussion and/or agreement respecting such stipulation. This is the first request for an adjournment and Defendants' counsel has consented. We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/Finn Dusenbery, Esq.*
Finn Dusenbery, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.

*Attorneys for Plaintiff*

ADJOURNED TO MONDAY,
DECEMBER 16, 2019, AT 4:30AM.
SO ORDERED.

11/14/19.

U S D J