# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

April 27, 2020

**VIA ECF**
Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl St
New York, NY 10007

> The motion is withdrawn. The Clerk is directed to close Docket Nos. 28 and 29.
> SO ORDERED.
> New York, NY　　　/s/ John G. Koeltl
> May 1, 2020　　　John G. Koeltl, U.S.D.J.

　　　　Re:　Bonilla Galindo, et al. v. E & E Food Corp. (d/b/a Zeytin Mediterranean)
　　　　　　No. 19-cv-8459 (JGK)

Dear Judge Koeltl:

　　　My firm represents Plaintiffs in the above-referenced matter. I write regarding our motion for entry of judgment based on the settlement agreement in this action, which was filed on April 27, 2020.

　　　Plaintiff has been informed by Defendants' counsel that half of the settlement payment has been sent to the firm, and that the remaining payment will be sent by June 10 to our office. In an effort to resolve this matter without further litigation and to preserve Judicial resources, Plaintiffs respectfully request to withdraw the pending motion for Judgment at this time.

　　　We thank the Court in advance for its time and consideration.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: ____*MichaelFaillace*_____
　　　　　　　　　　　　　　　　　　　　　　Michael Faillace, Esq.